D., L. & W. R. R. Co. *v.* Breckinridge.

HENRY J. HOUPT et ux., appellants,

55a 593
57    65
d57  300

*v.*

LILLIAN M. TURNER, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Turner* v. *Houpt, 8 Dick. Ch. Rep. 526.*

The opinion of the court was delivered by

LUDLOW, J.

On review of this case, the court of errors and appeals are of the opinion that the conclusions and findings of the learned vice-chancellor on which the decree in said case, as advised by him, is made, are not warranted by the evidence and the law. The decree of the court of chancery is reversed, and the bill should be dismissed, with costs.

*For reversal*—GARRISON, LIPPINCOTT, LUDLOW, MAGIE, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—9.

*For affirmance*—DIXON, BARKALOW—2.

DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, appellant,

*v.*

HENRY L. BRECKINRIDGE et al., respondents.

On appeal from an order advised by Vice-Chancellor Emery, whose opinion is reported in *Delaware, Lackawanna and Western Railroad Co.* v. *Breckinridge, 10 Dick. Ch. Rep. 141.*

D., L. & W. R. R. Co. *v.* Breckinridge.

PER CURIAM.

Order affirmed, for the reasons given in the court of chancery.

*For affirmance*— THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—12.

*For reversal*—None.